| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Major, Barbara L. | 2. Court or Organization US District Court-SDCA | 3. Date of Report 06/14/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Magistrate Judge, full-time | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2015 to 12/31/2015 |
| 7. Chambers or Office Address 333 West Broadway, Suite 1110 San Diego, CA 92101 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Board Member | Enright Inn of Court |
| 3. | Board Member | American Assoiciation of Business Trial Lawyers |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Major, Barbara L. | 06/14/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Bernstein Litowitz Berger & Grossmann-salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Association of Business Trial Lawyers | 04/24-26/2015 | Rancho Palos Verdes, CA | Joint Board Retreat | Transportation, Food, Lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Major, Barbara L. | 06/14/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Major, Barbara L. | 06/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Disney | A | Dividend | J | T | | | | | |
| 2. | TriContinental | A | Dividend | J | T | | | | | |
| 3. | AT&T | B | Dividend | J | T | | | | | |
| 4. | First Energy | A | Dividend | J | T | | | | | |
| 5. | College Savings Plan of Nebraska | | None | K | T | | | | | |
| 6. | -Vanguard Short-Term Bond Index 529 Portfolio | | | | | | | | | |
| 7. | -PIMCO Total Return | | | | | | | | | |
| 8. | Neuberger Berman Guardian Fund Investor Class | A | Dividend | J | T | | | | | |
| 9. | IRA #1 (H) | | | | | | | | | |
| 10. | -DFA Real Estate Securities Portfolio (DFREX) | A | Dividend | K | T | | | | | |
| 11. | -DFA US Micro Cap Portfolio (DFSCX) | D | Dividend | M | T | | | | | |
| 12. | -DFA US Small Cap Value Portfolio (DFSVX) | B | Dividend | K | T | | | | | |
| 13. | -DFA US Large Cap Value Portfolio (DFLVX) | B | Dividend | K | T | | | | | |
| 14. | -DFA US Targeted Value Portfolio (DFFVX) | B | Dividend | K | T | | | | | |
| 15. | -DFEQX | A | Dividend | L | T | | | | | |
| 16. | -TGBAX | A | Dividend | K | T | | | | | |
| 17. | -DFITX | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -GLD | | None | L | T | Buy (add'l) | 10/15/15 | K | | |
| 19.  Trust #1 (H) | | | | | | | | | |
| 20.  -Cabrillo Federal Credit Union-Accounts | A | Interest | M | T | | | | | |
| 21.  -DFA Emerging Markets Portfolio (DFEMX) | A | Dividend | K | T | | | | | |
| 22.  -DFA Emerging Markets Small Cap Portfolio (DEMSX) | A | Dividend | K | T | | | | | |
| 23.  -DFA Emerging Markets Value Portfolio (DFEVX) | A | Dividend | K | T | | | | | |
| 24.  -DFA International Small Cap Value Portfolio (DISVX) | B | Dividend | L | T | | | | | |
| 25.  -DFA International Small Company Portfolio (DFISX) | B | Dividend | L | T | | | | | |
| 26.  -DFA Tax-Mng Marketwide Value (DTMMX) | A | Dividend | M | T | | | | | |
| 27.  -DFA Tax Managed US Targeted Value Portfolio (DTMVX) | C | Dividend | L | T | | | | | |
| 28.  -DFA Tax-Mng. International Value (DTMIX) | A | Dividend | K | T | | | | | |
| 29.  -Schwab CA Muni Money Fund | A | Dividend | M | T | | | | | |
| 30.  -DFCMX | A | Dividend | L | T | | | | | |
| 31.  -GLD (X) | | None | K | T | | | | | |
| 32.  Trust #2 (H) | | | | | | | | | |
| 33.  -SWVXX | A | Dividend | J | T | | | | | |
| 34.  Trust #3 (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Major, Barbara L. | 06/14/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -DEMSX | A | Dividend | J | T | | | | | |
| 36. -DFEVX | A | Dividend | J | T | | | | | |
| 37. -DFEMX | A | Dividend | J | T | | | | | |
| 38. -DISVX | A | Dividend | K | T | | | | | |
| 39. -DFISX | A | Dividend | K | T | | | | | |
| 40. -DTMIX | A | Dividend | K | T | | | | | |
| 41. -DTMMX | A | Dividend | L | T | | | | | |
| 42. -DTMVX | B | Dividend | K | T | | | | | |
| 43. -DTMEX | A | Dividend | L | T | | | | | |
| 44. -DFTSX | B | Dividend | K | T | | | | | |
| 45. -TAREX | A | Dividend | K | T | | | | | |
| 46. -Schwab Money Market Fund | A | Int./Div. | J | T | | | | | |
| 47. -DFGFX | A | Dividend | M | T | | | | | |
| 48. IRA #2 (H) | | | | | | | | | |
| 49. -Voya Russell Sm Cp Index Port I | A | Dividend | K | T | | | | | |
| 50. -Voya US Stock Index Port Inst | A | Dividend | K | T | | | | | |
| 51. -Voya Intermediate Bond Port I | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Major, Barbara L. | 06/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  Trust #4 (H) (X) | | | | | | | | | |
| 53.  -DFGBX (X) | A | Dividend | K | T | | | | | |
| 54.  -DFIHX (X) | A | Dividend | K | T | | | | | |
| 55.  -DFFGX (X) | A | Dividend | J | T | | | | | |
| 56.  -DFGFX (X) | A | Dividend | M | T | | | | | |
| 57.  -DFEMX (X) | A | Dividend | J | T | | | | | |
| 58.  -DEMSX (X) | A | Dividend | K | T | | | | | |
| 59.  -DFEVX (X) | A | Dividend | K | T | | | | | |
| 60.  -DISVX (X) | A | Dividend | K | T | | | | | |
| 61.  -DFISX (X) | A | Dividend | K | T | | | | | |
| 62.  -DFREX (X) | A | Dividend | K | T | | | | | |
| 63.  -DTMIX (X) | A | Dividend | K | T | | | | | |
| 64.  -DTMMX (X) | A | Dividend | K | T | | | | | |
| 65.  -DTMVX (X) | B | Dividend | K | T | | | | | |
| 66.  -DTMEX (X) | A | Dividend | K | T | | | | | |
| 67.  -DFTSX (X) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Major, Barbara L. | 06/14/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

IV. Reimbursements: I inadvertently failed to report in my 2014 Financial Disclosure Report a reimbursement I received from the Association of Business Trial Lawyers ("ABTL"). I hereby amend my 2014 report to include that I received reimbursement from ABTL to attend the Annual Meeting in Oahu, Hawaii from 10/14-18/2014. I received reimbursement for travel (round-trip airfare and car rental in Hawaii), lodging, food, and program registration fee.

VII. Investments and Trusts: I inadvertently failed to report in my 2014 Financial Disclosure Report a purchase in Trust #1. The asset is listed on line 31. It was purchased on 06/12/2014 and it had a "K" range value when purchased.

VII. Investments and Trusts: My husband became the Trustee of Trust #4 in February 2015. The Trust and its assets are listed on lines 52-67.

| Name of Person Reporting | Date of Report |
|---|---|
| Major, Barbara L. | 06/14/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Barbara L. Major**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544